■ In the Matter of RONALD J. PILITTERE, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. — Order of suspension entered pursuant to 22 NYCRR 1022.23. Present — Dillon, P.J., Cardamone, Simons, Hancock, Jr., and Callahan, JJ. (Order entered May 15, 1981.)

■ STATE DIVISION OF HUMAN RIGHTS, on Behalf of DARYL CLARKE, Respondent, v CARNATION Co., Petitioner. — Motion granted and proceeding dismissed on ground that petition not timely filed *(Denson v Buffalo Evening News,* 45 AD2d 931). (Order entered May 8, 1981.)